IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CVS PHARMACY, INC., RITE AID CORPORATION and RITE AID HDQTRS. CORP., <br><br>   Plaintiffs <br><br> v. <br><br> WARNER CHILCOTT HOLDINGS COMPANY III, LTD., WARNER CHILCOTT CORPORATION, WARNER CHILCOTT (US) INC., WARNER CHILCOTT COMPANY, INC. and BARR PHARMACEUTICALS, INC., <br><br>   Defendants | C.A. No. 1:06-cv-00795-CKK |

## MOTION FOR ADMISSION *PRO HAC VICE*

Undersigned counsel for Plaintiff CVS Pharmacy, Inc., Rite Aid Corporation, and Rite Aid Hdqtrs. Corp. pursuant to LCvR 83.2(c), respectfully request this Court to permit Steve D. Shadowen, a non-member of the Bar of this Court, to participate in the Court proceedings in this matter *pro hac vice*.

In support of this Motion we have attached the Declaration of Steve D. Shadowen in compliance with LCvR 83(d).

Dated: May 9, 2006

s/ Robert D.W. Landon, III
Robert D.W. Landon III
KENNY NACHWALTER P.A.
1100 Miami Center
201 South Biscayne Boulevard
Miami, FL 33131
Telephone: (305) 373-1000
Facsimile: (305) 372-1861

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CVS PHARMACY, INC., RITE AID CORPORATION and RITE AID HDQTRS. CORP., <br><br>　　　　　　　Plaintiffs <br><br>　　　v. <br><br> WARNER CHILCOTT HOLDINGS COMPANY III, LTD., WARNER CHILCOTT CORPORATION, WARNER CHILCOTT (US) INC., WARNER CHILCOTT COMPANY, INC. and BARR PHARMACEUTICALS, INC., <br><br>　　　　　　　Defendants | C.A. No. 1:06-cv-00795-CKK |

**DECLARATION OF STEVE D. SHADOWEN
IN SUPPORT OF MOTION FOR ADMISSION *PRO HAC VICE***

　　　　Steve D. Shadowen declares, under penalty of perjury and pursuant to LCvR 83.2(d) the following:

　　　　1.　　I am counsel for Plaintiffs CVS Pharmacy Inc. and Rite Aid Corporation, and Rite Aid Hdqtrs. Corp. in this action.

　　　　2.　　I am a shareholder of Hangley Aronchick Segal & Pudlin and maintain my law office at 30 North Third Street, Suite 700, Harrisburg, Pennsylvania 17101. My telephone number is (717) 364-1030.

　　　　3.　　I am a member in good standing of the Bar of the Supreme Court of Pennsylvania. I am admitted to practice in the Commonwealth of Pennsylvania and the following courts: Supreme Court of the United States, the First, Second, Third, Sixth, Seventh

and Eleventh Circuit Court of Appeals, the Middle District of Pennsylvania and the Eastern District of Pennsylvania.

      4.    I hereby certify that I have never been disciplined by any bar; that I have not be admitted *pro hac vice* before this Honorable Court in the past two years; that I do not have an office in the District of Columbia, nor do I have an application for membership in the District of Columbia bar pending.

      Under penalty of perjury I do so declare.

Dated: 05/08/06

                                        Steve D. Shadowen

## CERTIFICATE OF SERVICE

I hereby certify that I served a true and correct copy of the foregoing Motion for Admission *Pro Hac Vice* on the following parties via overnight mail:

>Charles Koob, Esq.
>SIMPSON THACHER & BARTLETT
>425 Lexington Avenue
>New York, NY 10017-3954
>
>*Attorneys for Warner Chilcott Holdings Company III, Ltd., Warner Chilcott Corporation, Warner Chilcott (U.S.) Inc., and Warner Chilcott Company, Inc.*
>
>Mark L. Kovner, Esquire
>KIRKLAND & ELLIS, LLP
>655 Fifteenth Street, N.W.
>Washington, DC 20005
>
>*Attorneys for Barr Pharmaceuticals, Inc.*

Dated: May 9, 2006

s/ Robert D.W. Landon, III
Robert D.W. Landon III
KENNY NACHWALTER P.A.
1100 Miami Center
201 South Biscayne Boulevard
Miami, FL 33131