IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CVS PHARMACY, INC., RITE AID CORPORATION and RITE AID HDQTRS. CORP.,<br><br>     Plaintiffs<br><br>    v.<br><br>WARNER CHILCOTT HOLDINGS COMPANY III, LTD., WARNER CHILCOTT CORPORATION, WARNER CHILCOTT (US) INC., WARNER CHILCOTT COMPANY, INC. and BARR PHARMACEUTICALS, INC.,<br><br>     Defendants | :<br>:<br>:<br>: C.A. No. 1:06-cv-00795-CKK<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>: |

## DECLARATION OF STEVE D. SHADOWEN
### IN FURTHER SUPPORT OF MOTION FOR ADMISSION *PRO HAC VICE*

  Steve D. Shadowen declares, under penalty of perjury and pursuant to LCvR 83.2(d) the following:

  1. On May 9, 2006, a motion was filed requesting that I be permitted to participate in Court proceedings in this matter *pro hac vice*.

  2. On May 12, 2006, the Court entered an Order granting that motion contingent upon certification that I am familiar with the Local Rules of this Court.

  3. Pursuant to that Order, I hereby certify that I am familiar with the Local Rules of this Court.

  Under penalty of perjury I do so declare.

Dated: __5/15/06__            _____
                        Steve D. Shadowen