IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CVS PHARMACY, INC., RITE AID CORPORATION and RITE AID HDQTRS. CORP.,<br>　　　　　　Plaintiffs<br><br>　　　v.<br><br>WARNER CHILCOTT HOLDINGS COMPANY III, LTD., WARNER CHILCOTT CORPORATION, WARNER CHILCOTT (US) INC., WARNER CHILCOTT COMPANY, INC. and BARR PHARMACEUTICALS, INC.,<br>　　　　　　Defendants | C.A. No. 1:06-cv-00795-CKK |

**DECLARATION OF MONICA L. REBUCK**
**IN FURTHER SUPPORT OF MOTION FOR ADMISSION *PRO HAC VICE***

Monica L. Rebuck declares, under penalty of perjury and pursuant to LCvR 83.2(d) the following:

1. On May 9, 2006, a motion was filed requesting that I be permitted to participate in Court proceedings in this matter *pro hac vice*.

2. On May 12, 2006, the Court entered an Order granting that motion contingent upon certification that I am familiar with the Local Rules of this Court.

3. Pursuant to that Order, I hereby certify that I am familiar with the Local Rules of this Court.

Under penalty of perjury I do so declare.

Dated: 5/15/06

　　　　　　　　　　　　　　　　　　　　Monica L. Rebuck