UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CVS PHARMACY, INC., *et al.*,<br><br>                Plaintiffs,<br><br>v.<br><br>WARNER CHILCOTT HOLDINGS<br>COMPANY III, LTD., *et al.*,<br><br>                Defendants. | Civil Action No. 1:06CV00795<br><br>Judge Colleen Kollar-Kotelly<br><br>JURY TRIAL DEMANDED |

**ENTRY OF APPEARANCE (LCvR 83.6(a))**

      Pursuant to LCvR 83.6(a), Peter C. Thomas hereby gives notice of his entry of appearance on behalf of Defendants Warner Chilcott Holdings Company III, Ltd., Warner Chilcott Corporation, Warner Chilcott (US) Inc., and Warner Chilcott Company, Inc.

June 2, 2006

                                                  Respectfully submitted,

By:   /s/ Peter C. Thomas
         Peter C. Thomas, D.C. Bar # 495928
         SIMPSON THACHER & BARTLETT LLP
         555 11th Street, N.W.
         Suite 725
         Washington, D.C.  20004
         (202) 220-7700

         *Counsel for Defendants*