# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

CVS PHARMACY, INC.
One CVS Drive
Woonsocket, RI  02895,

RITE AID CORPORATION
30 Hunter Lane
Camp Hill, PA  17011,

and

RITE AID HDQTRS. CORP.
30 Hunter Lane
Camp Hill, PA  17011,

                Plaintiffs,

    v.

WARNER CHILCOTT HOLDINGS
COMPANY III, LTD.
100 Enterprise Drive
Rockaway, NJ 07866-2129,

WARNER CHILCOTT CORPORATION
100 Enterprise Drive
Rockaway, NJ 07866-2129,

WARNER CHILCOTT (US) INC.
100 Enterprise Drive
Rockaway, NJ 07866-2129,

WARNER CHILCOTT COMPANY, INC.
Union Street, Km. 1.1
Fajardo, Puerto Rico, 00738,

and

BARR PHARMACEUTICALS, INC.
2 Quaker Road
P.O. Box 2900
Pomona, NY  10970-0519,

                Defendants.

Civil Action No. 1:06CV00795

Judge Colleen Kollar-Kotelly

JURY TRIAL DEMANDED

## DEFENDANTS' RULE 7.1 DISCLOSURE STATEMENT

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, the undersigned counsel for Warner Chilcott Holdings Company III, Ltd., Warner Chilcott Corporation, Warner Chilcott (US) Inc., and Warner Chilcott Company, Inc. (collectively "Defendants"), certify as follows:

Defendant Warner Chilcott Holdings Company III, Ltd. is a subsidiary of Warner Chilcott Holdings Company II, Limited; no publicly-held corporation owns more than 10% of its stock.

Defendant Warner Chilcott Corporation is a subsidiary of Warner Chilcott Intermediate (Luxembourg) S.a.r.l.; no publicly-held corporation owns more than 10% of its stock.

Defendant Warner Chilcott (US) Inc. is a subsidiary of Warner Chilcott Corporation; no publicly-held corporation owns more than 10% of its stock.

Defendant Warner Chilcott Company, Inc. is a subsidiary of Warner Chilcott Holdings Company III, Limited; no publicly-held corporation owns more than 10% of its stock.

Pursuant to LCvR 7.1 of the Local Rules of the United States District Court for the District of Columbia, the undersigned counsel certifies that there are no parent companies, subsidiaries or affiliates of Defendants which have any outstanding securities in the hands of the public.

These representations are made in order that judges of this Court may determine the need for recusal.

2

June 2, 2006                          Respectfully submitted,


By:      /s/ Peter C. Thomas
         Peter C. Thomas, D.C. Bar # 495928
         SIMPSON THACHER & BARTLETT LLP
         555 11th Street, N.W.
         Suite 725
         Washington, D.C.  20004
         (202) 220-7700

         Charles E. Koob, *pro hac vice* pending
         SIMPSON THACHER & BARTLETT LLP
         425 Lexington Avenue
         New York, New York 10017
         (212) 455-2000

         *Counsel for Defendants*

3