**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **CVS PHARMACY, INC.**, One CVS Drive, Woonsocket, Rhode Island  02895, <br><br> **RITE AID CORPORATION**, 30 Hunter Lane, Camp Hill, Pennsylvania  17011, <br><br> **RITE AID HDQTRS. CORP.**, 30 Hunter Lane, Camp Hill, Pennsylvania  17011, <br><br>        **Plaintiffs,** <br><br>   **v.** <br><br> **WARNER CHILCOTT HOLDINGS COMPANY III, LTD., WARNER CHILCOTT CORPORATION, WARNER CHILCOTT (US) INC., WARNER CHILCOTT COMPANY, INC., and BARR PHARMACEUTICALS, INC.,** <br><br>        **Defendants.** | **Civ. Action No. 1:06-CV-00795-CKK** <br><br> **Judge Colleen Kollar-Kotelly** |

**CERTIFICATE REQUIRED BY LCvR 7.1 OF THE LOCAL RULES OF**
**THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA**

    I, the undersigned, counsel of record for Barr Pharmaceuticals, Inc., certify that to the best of my knowledge and belief, Barr Pharmaceuticals, Inc. does not have any parent companies, subsidiaries or affiliates which have outstanding securities in the hands of the public.

    This representation is made in order that judges of this court may determine the need for recusal.

Date:   July 11, 2006                    Respectfully submitted,

                                         /s/ Karen N. Walker

                                         _____
                                         Karen N. Walker
                                         KIRKLAND & ELLIS LLP
                                         655 Fifteenth Street, N.W.
                                         Washington, D.C.  20005
                                         Tel. (202) 879-5000
                                         Fax (202) 879-5200

                                         **Counsel of Record for Defendant Barr
                                         Pharmaceuticals, Inc.**