IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

-----------------------------------------------------------------x

| | |
|---|---|
| CVS PHARMACY, INC.<br>One CVS Drive<br>Woonsocket, Rhode Island  02895<br><br>RITE AID CORPORATION,<br>30 Hunter Lane<br>Camp Hill, Pennsylvania 17011<br><br>      and<br><br>RITE AID HDQTRS. CORP<br>30 Hunter Lane<br>Camp Hill, Pennsylvania 17011<br><br>             Plaintiffs,<br><br>     v.<br><br>WARNER CHILCOTT HOLDINGS<br>COMPANY III, LTD., WARNER<br>CHILCOTT CORPORATION, WARNER<br>CHILCOTT (US) INC., WARNER<br>CHILCOTT COMPANY, INC., and<br>BARR PHARMACEUTICALS, INC.,<br><br>             Defendants. | Civil Action No.: 1:06-CV-00795-CKK<br><br>Judge Colleen Kollar-Kotelly |

-----------------------------------------------------------------x

**MOTION OF PLAINTIFF CVS PHARMACY, INC. TO DISMISS
<u>WITH PREJUDICE DEFENDANT BARR PHARMACEUTICALS, INC.</u>**

Pursuant to Federal Rule of Civil Procedure 41(a), Plaintiff CVS Pharmacy, Inc. ("CVS") hereby moves to dismiss with prejudice each and every claim CVS has asserted in this

action against Defendant Barr Pharmaceuticals, Inc. ("Barr"), with each party to bear its own costs. CVS reserves its claims against all defendants other than Barr.

                              s/Robert D. W. Landon III
Robert D.W. Landon III (D.C. Bar # 441571)
KENNY NACHWALTER P.A.
1100 Miami Center
201 South Biscayne Boulevard
Miami, FL 33131
Telephone: (305) 373-1000
Facsimile: (305) 372-1861

OF COUNSEL:                                          *Attorneys for Plaintiff CVS Pharmacy, Inc*

Steve D. Shadowen
Monica L. Rebuck
HANGLEY ARONCHICK SEGAL & PUDLIN
30 North Third Street, Suite 700
Harrisburg, PA 17101-1713
Telephone: (717) 364-1030
Telecopy: (717) 364-1020

2

## CERTIFICATE OF SERVICE

I, Monica L. Rebuck, certify that a copy of the foregoing Motion of Plaintiff CVS Pharmacy, Inc. to Dismiss With Prejudice Defendant Barr Pharmaceuticals, Inc. was served on the 28th day of August, 2006, by ECF filing and by first-class mail, postage prepaid, addressed as follows:

Karen N. Walker
Mark L. Kovner
KIRKLAND & ELLIS LLP
655 15th Street, N.W.
Washington, DC  20005

*Attorneys for Defendant Barr Pharmaceuticals, Inc.*

Charles E. Koob
Annette C. Rizzi.
SIMPSON THACHER & BARTLETT, LLP
425 Lexington Avenue
New York, New York 10017

*Attorneys for Defendant Warner Chilcott Holdings Company, III, Ltd., Warner Chilcott Corporation, Warner Chilcott (US) Inc.,and Warner Chilcott Company, Inc.*

_____
Monica L. Rebuck