IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

------------------------------------------------------------------x

CVS PHARMACY, INC.                                       :
One CVS Drive                                            :
Woonsocket, Rhode Island  02895                          :
                                                         :
RITE AID CORPORATION,                                    :
30 Hunter Lane                                           :
Camp Hill, Pennsylvania 17011                            :
                                                         :
        and                                              :
                                                         :
RITE AID HDQTRS. CORP                                    :    Civil Action No.: 1:06-CV-00795-CKK
30 Hunter Lane                                           :
Camp Hill, Pennsylvania 17011                            :    Judge Colleen Kollar-Kotelly
                                                         :
        Plaintiffs,                                      :
                                                         :
    v.                                                   :
                                                         :
WARNER CHILCOTT HOLDINGS                                 :
COMPANY III, LTD., WARNER                                :
CHILCOTT CORPORATION, WARNER                             :
CHILCOTT (US) INC., WARNER                               :
CHILCOTT COMPANY, INC., and                              :
BARR PHARMACEUTICALS, INC.,                              :
                                                         :
        Defendants.                                      :
------------------------------------------------------------------x

## [PROPOSED] ORDER

        AND NOW, this _____ day of _____, 2006 upon consideration of the

Motion of Plaintiff CVS Pharmacy, Inc. to Dismiss With Prejudice Defendant Barr

Pharmaceuticals, Inc., it is hereby Ordered that Plaintiff's motion is **GRANTED** and that each

and every claim Plaintiff CVS Pharmacy, Inc. has asserted in this action against Defendant Barr

Pharmaceuticals, Inc. is hereby dismissed with prejudice.  Plaintiff CVS Pharmacy, Inc. reserves

its claims against all defendants other than Barr Pharmaceuticals, Inc.

                                             SO ORDERED

                                             _____
                                             Colleen Kollar-Kotelly
                                             United States District Judge

Dated: