# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ------------------------------------------------------- x<br>FEDERAL TRADE COMMISSION,          :<br>      Plaintiff,                               :<br>   v.                                       :<br>WARNER CHILCOTT HOLDINGS COMPANY :<br>III, LTD., *et al.*,                  :<br>      Defendants.                    :<br>------------------------------------------------------ x | Civil Action No: 1:05CV02179 (CKK)<br>Judge Colleen Kollar-Kotelly |
| ------------------------------------------------------- x<br>STATE OF COLORADO, *et al.*,         :<br>      Plaintiffs,                   :<br>   v.                                       :<br>WARNER CHILCOTT HOLDINGS COMPANY :<br>III, LTD., *et al.*,                    :<br>      Defendants.                    :<br>------------------------------------------------------ x | Civil Action No: 1:05CV02182 (CKK)<br>Judge Colleen Kollar-Kotelly |
| ------------------------------------------------------- x<br>MEIJER, INC., *et al.*,               :<br>      Plaintiffs,                   :<br>   v.                                       :<br>WARNER CHILCOTT HOLDINGS COMPANY :<br>III, LTD., *et al.*,                    :<br>      Defendants.                    :<br>------------------------------------------------------ x | Civil Action No: 1:05CV02195 (CKK)<br>Judge Colleen Kollar-Kotelly |

| | |
|---|---|
| ------------------------------------------------------- x<br>VISTA HEALTHPLAN, INC., *et al.*,      :<br>            :<br>    Plaintiffs,    :<br>            :<br>v.          :<br>            :<br>WARNER CHILCOTT HOLDINGS COMPANY   :<br>III, LTD., *et al.*,      :<br>            :<br>    Defendants.    :<br>------------------------------------------------------- x | Civil Action No: 1:05CV02327 (CKK)<br>Judge Colleen Kollar-Kotelly |
| ------------------------------------------------------- x<br>STEPHANIE COHEN, *et al.*,      :<br>            :<br>    Plaintiffs,    :<br>            :<br>v.          :<br>            :<br>WARNER CHILCOTT PUBLIC LIMITED   :<br>COMPANY, *et al.*,      :<br>            :<br>    Defendants.    :<br>------------------------------------------------------- x | Civil Action No: 1:06CV00401 (CKK)<br>Judge Colleen Kollar-Kotelly |
| ------------------------------------------------------- x<br>WALGREEN CO., *et al.*,      :<br>            :<br>    Plaintiffs,    :<br>            :<br>v.          :<br>            :<br>WARNER CHILCOTT HOLDINGS COMPANY   :<br>III, LTD., *et al.*,      :<br>            :<br>    Defendants.    :<br>------------------------------------------------------- x | Civil Action No: 1:06CV00494 (CKK)<br>Judge Colleen Kollar-Kotelly |

```
------------------------------------------------------- x
CVS PHARMACY, INC., et al.,                             :
                                                        :
        Plaintiffs,                                     :
                                                        :
v.                                                      :   Civil Action No: 1:06CV00795 (CKK)
                                                        :   Judge Colleen Kollar-Kotelly
WARNER CHILCOTT HOLDINGS COMPANY                        :
III, LTD., et al.,                                      :
                                                        :
        Defendants.                                     :
------------------------------------------------------- x
```

### *PRO HAC VICE* DECLARATION OF SKYE SOUTHERLAND PHILLIPS

I, Skye S. Phillips, declare under penalty of perjury that the following is true and correct:

1.  I am an associate in the New York office of the law firm of Simpson Thacher & Bartlett LLP. My firm has been retained to represent Defendants Warner Chilcott Holdings Company III, Ltd., Warner Chilcott Corporation, Warner Chilcott (US) Inc., Warner Chilcott Company, Inc., Warner Chilcott Public Limited Company, and Galen (Chemicals) Ltd. (collectively "Defendants"), in the above-referenced matters.

2.  My office address is 425 Lexington Avenue, New York, NY 10017, and my office telephone number is 212-455-2000.

3.  I am admitted to practice in, and am a member in good standing of the following bar: the State of New York.

4.  I have not been disciplined by any bar.

5.  I have never been admitted *pro hac vice* in this Court.

6.  I do not engage in the practice of law from an office located in the District of Columbia, am not a member of the District of Columbia bar, and do not have an application for membership in the District of Columbia bar pending.

3

7. I am familiar with the Local Rules of the United States District Court for the District of Columbia.

8. I will act as co-counsel for Defendants with Peter C. Thomas, #495928, a partner in the Washington, D.C. office of Simpson Thacher & Bartlett, who is a member in good standing of the bar of this Court.

9. Given my experience and my familiarity with the issues involved in this matter, my admission *pro hac vice* will serve the interests of the Defendants and will also facilitate the efficient litigation of this matter.

10. I respectfully request that this Court grant my application to appear and participate *pro hac vice* on behalf of Defendants in this matter.

Executed: October 3, 2006

/s/ Skye Southerland Phillips
_____
SKYE SOUTHERLAND PHILLIPS