IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CVS PHARMACY, INC.,<br>RITE AID CORPORATION,<br>RITE AID HDQTRS. CORP,<br>　　Plaintiffs,<br><br>v.<br><br>WARNER CHILCOTT HOLDINGS CO. III, INC.,<br>WARNER CHILCOTT CORP., WARNER<br>CHILCOTT (US), INC., WARNER CHILCOTT CO.,<br>INC., and BARR PHARMACEUTICALS, INC.<br>　　Defendants. | CIVIL ACTION<br>No. 06-00795-CKK<br><br>Judge Colleen Kollar-Kotelly<br><br>JURY TRIAL DEMANDED |

### [PROPOSED] ORDER

Having considered the motion of the Warner Chilcott defendants to compel answers to interrogatories and the production of documents, and having considered the points and authorities raised in support and in opposition thereto, it is hereby ORDERED that defendants' motion is DENIED.

　　　　　　　　　　　　　　　　SO ORDERED

Dated: _____      _____
　　　　　　　　　　　　　Judge Colleen Kollar-Kotelly
　　　　　　　　　　　　　United States District Judge