**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| MEIJER, INC. *et al.*,<br><br>　　Plaintiffs,<br><br>v.<br><br>WARNER CHILCOTT HOLDINGS COMPANY III, LTD., *et al.*,<br><br>　　Defendants. | Civil Action No: 1:05CV02195 (CKK)<br><br>Jury Trial Demanded |
| CVS PHARMACY, INC., *et al.*,<br><br>　　Plaintiffs,<br><br>v.<br><br>WARNER CHILCOTT HOLDINGS COMPANY III, LTD., *et al.*,<br><br>　　Defendants. | Civil Action No: 1:06CV00795 (CKK)<br><br>Jury Trial Demanded |
| WALGREEN CO., *et al.*,<br><br>　　Plaintiffs,<br><br>v.<br><br>WARNER CHILCOTT HOLDINGS COMPANY III, LTD., *et al.*,<br><br>　　Defendants. | Civil Action No: 1:06CV00494 (CKK)<br><br>Jury Trial Demanded |

**JOINT MOTION AND STIPULATION**

2

Plaintiffs Meijer, Inc., Meijer Distribution, Inc., Louisiana Wholesale Drug Co., Inc., Rochester Drug Co-Operative, Inc., American Sales Company, Inc., SAJ Distributors, Inc., Stephen L. LaFrance Holdings, Inc., CVS Pharmacy, Inc., Rite Aid Corporation, Rite Aid Headquarters Corp., Walgreen Co., Eckerd Corp., Maxi Drug, Inc., The Kroger Co., Albertson's Inc., Safeway, Inc., and Hy-Vee, Inc. (collectively the "Direct Purchaser Plaintiffs") and Defendants Warner Chilcott Holdings Company III, Ltd., Warner Chilcott Corporation, Warner Chilcott (US) Inc., Warner Chilcott Company, Inc., and Galen (Chemicals), Ltd. (together "Warner Chilcott"), and Barr Pharmaceuticals, Inc. (collectively the "Defendants"), by their respective undersigned attorneys, hereby stipulate to, and respectfully move the Court to set, the following revised schedule for fact and expert discovery. As described below, under the proposed revised schedule, all discovery will still be completed by the time of the Status Conference scheduled by the Court for May 4, 2007. In support thereof, the Direct Purchaser Plaintiffs and the Defendants jointly state as follows:

1. The Court's October 4, 2006 Order specifies that the Direct Purchaser Plaintiffs shall file their motions for class certification by November 29, 2006; that the Defendants' oppositions to the Direct Purchaser Plaintiffs' motions for class certification shall be due on December 29, 2006; and that the Direct Purchaser Plaintiffs' reply memoranda shall be due on or before February 22, 2007.

2. The Direct Purchaser Plaintiffs and the Defendants have agreed, subject to Court approval, to a partial stay of discovery and class certification proceedings so that the parties can concentrate their efforts on settlement discussions.

3. To facilitate settlement discussions, the Direct Purchaser Plaintiffs and the Defendants have agreed and ask this Court to enter a partial stay of discovery until January 15, 2007. This stay shall not affect the following depositions:

- Carl Reichel of Warner Chilcott on November 28 and 29, 2006
- Roger Boissonneault of Warner Chilcott on November 29 and 30, 2006;
- Robert Egeland of Hy-Vee, Inc. on November 30, 2006.
- Tamar Howson of Bristol-Myers Squibb Co. on December 1, 2006

The previously noticed 30(b)(6) deposition of Warner Chilcott for November 27, 2006 shall be stayed pending discussions between the noticing parties and Warner Chilcott on whether such a deposition is necessary, and if so, pending agreement on a mutually agreeable time after January 15, 2007.

4. During the pendency of the stay, the parties may continue to negotiate with non-parties or otherwise seek the production of documents or schedule depositions pursuant to subpoenas issued prior to the entry of the stay. Any resulting non-party depositions shall not take place prior to January 15, 2007.

5. To facilitate their settlement discussions, the Direct Purchaser Plaintiffs and Defendants have agreed and ask this Court to enter a class certification schedule whereby: 1) the Direct Purchaser Plaintiffs shall file their motions for class certification on or before January 29, 2007; 2) the Defendants' oppositions to the Direct Purchaser Plaintiffs' motions for class certification shall be due on or before March 2, 2007; and 3) the Direct Purchaser Plaintiffs' reply shall be due on or before April 6, 2007; 4) the parties shall exchange expert reports on the merits by March 9, 2007; 5) the parties shall exchange responsive merits expert reports on or before April 9, 2007; 6) the parties reserve the right to file a rebuttal merits expert report on or

before April 20, 2007, in the event that new information is raised in the responsive reports, requiring rebuttal; and 7) the parties shall make their experts available for deposition on or before April 30, 2007.

6.  Under the proposed revised schedule, all discovery will still be completed by the time of the Status Conference scheduled by the Court for May 4, 2007.

7.  Except as specified herein, the Case Management Order entered on April 25, 2006 shall remain in effect.

WHEREFORE, the Direct Purchaser Plaintiffs and the Defendants respectfully stipulate to, and ask this Court to enter, extensions of time as follows:

1. The Direct Purchaser Plaintiffs' motions for class certification shall be due on or before January 29, 2007.

2. The Defendants' oppositions to the Direct Purchaser Plaintiffs' motions for class certification shall be due on or before March 2, 2007.

3. The Direct Purchaser Plaintiffs' reply memoranda shall be due on or before April 6, 2007.

4. The parties shall exchange expert reports on the merits on or before March 9, 2007

5. The parties shall exchange responsive merits expert reports on or before April 9, 2007

6. The parties reserve the right to file rebuttal merits expert reports on or before April 20, 2007, in the event that new information is raised in the rebuttal reports, requiring rebuttal.

7. The parties shall make their experts available for deposition on or before April 30, 2007.

Date:   November 22, 2006

Respectfully submitted,

/s/ Michael D. Hausfeld
_____
Michael D. Hausfeld (D.C. Bar # 153742)
COHEN, MILSTEIN, HAUSFELD & TOLL
1100 New York Avenue, N.W.
Washington, DC 20005
(202) 408-4600
(202) 408-4699 (fax)

Linda P. Nussbaum (D.C. Bar # 483254)
COHEN, MILSTEIN, HAUSFELD & TOLL
150 East 52nd Street, 30th Floor
New York, NY 10022
(212) 838-7797
(212) 838-7745 (fax)

Joseph M. Vanek
David P. Germaine
VANEK, VICKERS & MASINI, P.C.
225 W. Washington 18th Floor
Chicago, IL 60606
(312) 224-1500
(312) 224-1510 (fax)

Richard B. Drubel (D.C. Bar # 334359)
Kimberly H. Schultz
BOIES, SCHILLER & FLEXNER LLP
26 South Main Street
Hanover, NH 03755
(603) 643-9090
(603) 643-9010 (fax)

William Isaacson (D.C. Bar # 414788)
Tanya Chutkan (D.C. Bar # 420478)
BOIES, SCHILLER & FLEXNER LLP
5301 Wisconsin Avenue, N.W., Suite 800
Washington, DC 20015
(202) 237-2727

*Counsel for Meijer, Inc. and Meijer Distribution, Inc.*

/s/ Bruce E. Gerstein

_____

Bruce E. Gerstein
Barry S. Taus
Kevin S. Landau
GARWIN GERSTEIN & FISHER, LLP
1501 Broadway, Ste. 1416
New York, NY 10011
(212) 398-0055
(212) 764-6620 (fax)

David U. Fierst (D.C. Bar # 912899)
STEIN, MITCHELL & MEZINES LLP
1100 Connecticut Avenue, N.W.
Washington, DC 20036
(202) 737-7777
(202) 296-8312 (fax)

*Counsel for Louisiana Wholesale Drug Co., Inc.*


/s/ Eric L. Cramer

_____

Daniel Berger
Eric L. Cramer
BERGER & MONTAGUE, P.C.
1622 Locust St.
Philadelphia, PA 19103
(215) 875-3000
(215) 875-4604 (fax)

David U. Fierst (D.C. Bar # 912899)
STEIN, MITCHELL & MEZINES LLP
1100 Connecticut Avenue, N.W.
Washington, DC 20036
(202) 737-7777
(202) 296-8312 (fax)

*Counsel for Rochester Drug Co-op, Inc.*

/s/ Dianne M. Nast
_____
Dianne M. Nast
RODANAST, P.C.
801 Estelle Drive
Lancaster, PA 17601
(717) 892-3000
(717) 892-1200 (fax)

Michael D. Hausfeld (D.C. Bar #  153742)
Linda P. Nussbaum (D.C. Bar # 483254)
COHEN, MILSTEIN, HAUSFELD & TOLL
150 East 52nd Street, 30th Floor
New York, NY 10022
(212) 838-7797
(212) 838-7745 (fax)

*Counsel for SAJ Distributors, Inc. and Stephen L. LaFrance Holdings, Inc.*


/s/ Thomas M. Sobol
_____
Thomas M. Sobol
HAGENS BERMAN SOBOL & SHAPIRO LLP
One Main Street, 4th Floor
Cambridge, MA 02142
(617) 482-3700

Linda P. Nussbaum (D.C. Bar # 483254)
COHEN, MILSTEIN, HAUSFELD & TOLL
150 East 52nd Street, 30th Floor
New York, NY 10022
(212) 838-7797
(212) 838-7745 (fax)

*Counsel for American Sales Company, Inc.*

/s/ Robert D.W. Landon III
_____
Robert D.W. Landon III
Richard Alan Arnold
Scott E. Perwin
Lauren C. Ravkind
KENNY NACHWALTER, P.A.
1100 Miami Center
201 South Biscayne Boulevard
Miami, FL 33131
(305) 373-1000
(305) 372-1861

Steve D. Shadowen
Monica L. Rebuck
HANGLEY ARONCHICK SEGAL & PUDLIN
30 North Third Street, Suite 700
Harrisburg, PA 17101-1713
(717) 364-1030
(717) 364-1020

*Counsel for CVS Pharmacy, Inc., Rite Aid Corporation, and Rite Aid Headquarters Corp., Walgreen Co., Eckerd Corp., Maxi Drug, Inc., The Kroger Co., Albertson's Inc., Safeway, Inc., and Hy-Vee, Inc.*

/s/ Peter C. Thomas

_____

Peter C. Thomas (D.C. Bar # 495928)
Andrew M. Lacy (D.C. Bar # 496644)
SIMPSON THACHER & BARTLETT LLP
601 Pennsylvania Avenue, N.W.
North Building
Washington, DC 20004
(202) 220-7700
(202) 220-7702 (fax)

Charles E. Koob (*Pro Hac Vice*)
SIMPSON THACHER & BARTLETT LLP
425 Lexington Avenue
New York, New York 10017-3954
(212) 455-2000
(212) 455-2502 (fax)

*Counsel for Warner Chilcott Holdings Company III, Ltd, Warner Chilcott Corporation, Warner Chilcott (US) Inc., and Warner Chilcott Company, Inc.*

/s/ Mark L. Kovner

_____

Mark L. Kovner (D.C. Bar # 430431)
Karen N. Walker (D.C. Bar # 412137)
Chong S. Park (D.C. Bar # 463050)
KIRKLAND & ELLIS LLP
655 Fifteenth Street, N.W., Suite 1200
Washington, DC 20005
(202) 879-5000
(202) 879-5200 (fax)

*Counsel for Barr Pharmaceuticals, Inc.*