UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CVS PHARMACY, INC., *et al.*,<br><br>  Plaintiffs,<br><br>   v.<br><br>WARNER CHILCOTT HOLDINGS<br>COMPANY III, LTD, *et al.*,<br><br>  Defendants. | Civil Action No. 06-795 (CKK) |

**ORDER**

The above-captioned case has been referred to Magistrate Judge Alan Kay for the disposition of all pending and future discovery-related motions pursuant to LCvR 72.2(a), including resolution of [39] Defendant Warner Chilcott's Motion to Compel Answers to Interrogatories and the Production of Documents, filed October 27, 2006.

Accordingly, it is this 27th day of November, 2006,

**SO ORDERED**.

                                                /s/
                                        COLLEEN KOLLAR-KOTELLY
                                        United States District Judge

Copies to:

Magistrate Judge _____

, Esq.

, Esq.