IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MEIJER, INC., et al., | Civil Action No. 05-2195 (CKK) |
|     Plaintiffs, | |
| v. | |
| WARNER CHILCOTT HOLDINGS COMPANY III, LTD. et al., | |
|     Defendants. | |

| | |
|---|---|
| WALGREEN CO., et al., | Civil Action No. 06-494 (CKK) |
|     Plaintiffs, | |
| v. | |
| WARNER CHILCOTT HOLDINGS COMPANY III, LTD., et al., | |
|     Defendants. | |

| | |
|---|---|
| CVS PHARMACY, INC., et al., | Civil Action No. 06-795 (CKK) |
|     Plaintiffs, | |
| v. | |
| WARNER CHILCOTT HOLDINGS COMPANY III, LTD., et al., | |
|     Defendants. | |

**DIRECT PURCHASER PLAINTIFFS' MOTION TO
FILE CERTAIN EXHIBITS FROM THE APPENDIX OF EXHIBITS UNDER SEAL**

Pursuant to Local Rule 5.1(j) and the Protective Order entered the above-captioned cases, Direct Purchaser Plaintiffs hereby respectfully move this Court for an

order to file under seal the un-redacted versions of Exhibits 3, 5, 7, 8 of the Appendix of Exhibits in Support of Direct Purchaser Plaintiffs' Motion for Partial Summary Judgment ("Appendix"). These exhibits contain Confidential or Highly Confidential information produced by Defendants in this litigation. A copy of the Appendix with these Confidential and Highly Confidential exhibits redacted will be filed publicly pursuant to the ECF filing system.

DATED: June 4, 2007

Respectfully submitted,

KENNY NACHWALTER P.A.

KAPLAN FOX & KILSHEIMER LLP

By:/s/ Scott Perwin
Robert D.W. Landon III (D.C. Bar No. 441571)
Scott Perwin (admitted pro hac vice)
1100 Miami Center
201 South Biscayne Boulevard
Miami, FL  33131
(305) 373-1000
(305) 372-1861 (Fax)

By: /s/ Linda P. Nussbaum
Linda P. Nussbaum (D.C. Bar No. 483254)
Christine M. Fox
805 Third Avenue, 22nd Floor
New York, NY 10022
(212) 687-1980
(212) 687-7714 (Fax)

*Counsel for Plaintiffs Walgreen Co., Inc., et al.:*

HANGLEY ARONCHICK SEGAL & PUDLIN
Steve D. Shadowen
Monica L. Rebuck
30 North Third Street, Suite 700
Harrisburg, PA  17101-1701
(717) 364-1030
(717) 364-1020 (Fax)

BOIES, SCHILLER & FLEXNER LLP
William Isaacson (D.C. Bar No. 414788)
Tanya Chutkan (D.C. Bar No. 420478)
5301 Wisconsin Avenue, N.W., Suite 800
Washington, D.C. 20015
(202) 237-2727
(202) 237-6131 (Fax)

*Counsel for Plaintiffs CVS Pharmacy, Inc., et al.*

BOIES, SCHILLER & FLEXNER LLP
Richard B. Drubel (D.C. Bar No. 334359)
Kimberly H. Schultz
26 South Main Street
Hanover, NH 03755
(603) 643-9090
(603) 643-9010 (Fax)

BERGER & MONTAGUE, P.C.
Daniel Berger
David Sorensen
Eric L. Cramer
1622 Locust Street
Philadelphia, PA 19103
(215) 875-3000
(215) 875-4604 (Fax)

GARWIN GERSTEIN & FISHER, LLP
Bruce E. Gerstein
Barry S. Taus
Kevin S. Landau
1501 Broadway, Suite 1416
New York, NY 10011
(212) 398-0055
(212) 764-6620 (Fax)

RODA NAST, P.C.
Dianne M. Nast
801 Estelle Drive
Lancaster, PA 17601
(717) 892-3000
(717) 892-1200 (Fax)

HAGENS BERMAN SOBOL &
    SHAPIRO LLP
Thomas M. Sobol
One Main Street, 4th Floor
Cambridge, MA 02142
(617) 482-3700
(617) 482-3003 (Fax)

**Executive Committee for Direct Purchaser Class Plaintiffs**