IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MEIJER, INC., et al., | Civil Action No. 05-2195 (CKK) |
| Plaintiffs, | |
| v. | |
| WARNER CHILCOTT HOLDINGS COMPANY III, LTD. et al., | |
| Defendants. | |

| | |
|---|---|
| WALGREEN CO., et al., | Civil Action No. 06-494 (CKK) |
| Plaintiffs, | |
| v. | |
| WARNER CHILCOTT HOLDINGS COMPANY III, LTD., et al., | |
| Defendants. | |

| | |
|---|---|
| CVS PHARMACY, INC., et al., | Civil Action No. 06-795 (CKK) |
| Plaintiffs, | |
| v. | |
| WARNER CHILCOTT HOLDINGS COMPANY III, LTD., et al., | |
| Defendants. | |

## NOTICE OF MANUAL FILING UNDER SEAL

PLEASE TAKE NOTICE that pursuant to Local Rule 5.1(j) and the Protective Order entered the above-captioned case, an un-redacted version Appendix of Exhibits

in Support of Direct Purchaser Plaintiffs' Motion for Partial Summary Judgment and Statement of Points and Authorities in Support were manually filed with the Court under seal.

| | |
|---|---|
| DATED: June 4, 2007 | Respectfully submitted, |
| KENNY NACHWALTER P.A. | KAPLAN FOX & KILSHEIMER LLP |
| By:/s/ Scott Perwin<br>Robert D.W. Landon III (D.C. Bar No. 441571)<br>Scott Perwin (admitted pro hac vice)<br>1100 Miami Center<br>201 South Biscayne Boulevard<br>Miami, FL  33131<br>(305) 373-1000<br>(305) 372-1861 (Fax) | By: /s/ Linda P. Nussbaum<br>Linda P. Nussbaum (D.C. Bar No. 483254)<br>Christine M. Fox<br>805 Third Avenue, 22nd Floor<br>New York, NY 10022<br>(212) 687-1980<br>(212) 687-7714 (Fax) |
| **Counsel for Plaintiffs Walgreen Co., Inc., et al.:** | |
| HANGLEY ARONCHICK SEGAL & PUDLIN<br>Steve D. Shadowen<br>Monica L. Rebuck<br>30 North Third Street, Suite 700<br>Harrisburg, PA  17101-1701<br>(717) 364-1030<br>(717) 364-1020 (Fax) | BOIES, SCHILLER & FLEXNER LLP<br>William Isaacson (D.C. Bar No. 414788)<br>Tanya Chutkan (D.C. Bar No. 420478)<br>5301 Wisconsin Avenue, N.W., Suite 800<br>Washington, D.C. 20015<br>(202) 237-2727<br>(202) 237-6131 (Fax) |
| **Counsel for Plaintiffs CVS Pharmacy, Inc., et al.** | |
| | BOIES, SCHILLER & FLEXNER LLP<br>Richard B. Drubel (D.C. Bar No. 334359)<br>Kimberly H. Schultz<br>26 South Main Street<br>Hanover, NH 03755<br>(603) 643-9090<br>(603) 643-9010 (Fax) |

BERGER & MONTAGUE, P.C.
Daniel Berger
David Sorensen
Eric L. Cramer
1622 Locust Street
Philadelphia, PA 19103
(215) 875-3000
(215) 875-4604 (Fax)

GARWIN GERSTEIN & FISHER, LLP
Bruce E. Gerstein
Barry S. Taus
Kevin S. Landau
1501 Broadway, Suite 1416
New York, NY 10011
(212) 398-0055
(212) 764-6620 (Fax)

RODA NAST, P.C.
Dianne M. Nast
801 Estelle Drive
Lancaster, PA 17601
(717) 892-3000
(717) 892-1200 (Fax)

HAGENS BERMAN SOBOL &
    SHAPIRO LLP
Thomas M. Sobol
One Main Street, 4th Floor
Cambridge, MA 02142
(617) 482-3700
(617) 482-3003 (Fax)

**Executive Committee for Direct Purchaser Class Plaintiffs**