UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CVS PHARMACY, INC., *et al.*,<br><br>         Plaintiffs,<br><br>  v.<br><br>WARNER CHILCOTT HOLDINGS<br>COMPANY III, LTD., *et al.*,<br><br>         Defendants. | Civil Action No. 1:06CV00795 (CKK)<br><br>Judge Colleen Kollar-Kotelly<br><br><br>Magistrate Judge Alan Kay |

**DEFENDANT WARNER CHILCOTT'S
<u>MOTION TO FILE UNDER SEAL</u>**

Pursuant to Civil Local Rule 5.1, Defendants Warner Chilcott Public Limited Company, Warner Chilcott Holdings Company III, Ltd., Warner Chilcott Corporation, Warner Chilcott (US) Inc., and Warner Chilcott Company, Inc., ("Warner Chilcott" or "Defendants"), by and through its undersigned counsel, hereby move to file under seal: Defendant Warner Chilcott's Motion for Leave to File a Supplemental Memorandum in Further Support of Warner Chilcott's Motion to Compel Answers to Interrogatories and Production of Documents; Defendant Warner Chilcott's Supplemental Memorandum in Further Support of Warner Chilcott's Motion to Compel Answers to Interrogatories and Production of Documents, and; the expert reports of Dr. Keith B. Leffler and Dr. Jeffrey J. Leitzinger marked as "Exhibit 1" and "Exhibit 2" respectively. These documents contain "highly confidential" and "confidential" information as defined by Paragraphs 1(a) and (b) of the Joint Proposed Protective Order Governing Discovery Material, dated June 12, 2006 ("Order").

Due to the confidential nature of these documents, Defendants hereby request permission, pursuant to Paragraph 11 of the Order, to file the aforementioned papers under seal.

Date: July 5, 2007    Respectfully Submitted,

/s/ Peter C. Thomas
Peter C. Thomas (D.C. Bar #494928)
SIMPSON THACHER & BARTLETT LLP
601 Pennsylvania Avenue N.W.
Washington, D.C. 20004
(202) 220-7700
(202) 220-7702 (fax)

Charles E. Koob, *pro hac vice*
SIMPSON THACHER & BARTLETT LLP
425 Lexington Avenue
New York, New York 10017
(212) 455-2000
(212) 455-2502 (fax)

**Counsel for Warner Chilcott Defendants**

2

**Defendant Warner Chilcott's Motion for Leave to File a Supplemental Memorandum in Further Support of Warner Chilcott's Motion to Compel Answers to Interrogatories and <u>Production of Documents Filed Under Seal</u>**

**Defendant Warner Chilcott's Supplemental Memorandum in Further Support of Warner Chilcott's Motion to Compel Answers to Interrogatories and Production of Documents**
<u>**Filed Under Seal**</u>

**Exhibit 1 Filed Under Seal**

**Exhibit 2 Filed Under Seal**