UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CVS PHARMACY, INC., *et al.*,<br><br>　　　　　　　　　Plaintiffs,<br><br>　　v.<br><br>WARNER CHILCOTT HOLDINGS COMPANY III, LTD., *et al.*,<br><br>　　　　　　　　　Defendants. | Civil Action No. 1:06CV00795 (CKK)<br><br>Judge Colleen Kollar-Kotelly<br><br><br>Magistrate Judge Alan Kay |

**DEFENDANT WARNER CHILCOTT'S**
**NOTICE OF MANUAL FILING UNDER SEAL**

PLEASE TAKE NOTICE that pursuant to Civil Local Rule 5.1 and the Joint Proposed Protective Order Governing Discovery Material, dated June 12, 2006 in the above-captioned action that Defendants Warner Chilcott Public Limited Company, Warner Chilcott Holdings Company III, Ltd., Warner Chilcott Corporation, Warner Chilcott (US) Inc., and Warner Chilcott Company, Inc., ("Warner Chilcott" or "Defendants") filed its Motion for Leave to File a Supplemental Memorandum in Further Support of Warner Chilcott's Motion to Compel Answers to Interrogatories and Production of Documents; Defendant Warner Chilcott's Supplemental Memorandum in Further Support of Warner Chilcott's Motion to Compel Answers to Interrogatories and Production of Documents, and; the expert reports of Dr. Keith B. Leffler and Dr. Jeffrey J. Leitzinger marked as "Exhibit 1" and "Exhibit 2" respectively manually under seal.

| | |
|---|---|
| Date: July 5, 2007 | Respectfully Submitted, |

/s/ Peter C. Thomas
Peter C. Thomas (D.C. Bar #494928)
SIMPSON THACHER & BARTLETT LLP
601 Pennsylvania Avenue N.W.
Washington, D.C. 20004
(202) 220-7700
(202) 220-7702 (fax)

Charles E. Koob, *pro hac vice*
SIMPSON THACHER & BARTLETT LLP
425 Lexington Avenue
New York, New York 10017
(212) 455-2000
(212) 455-2502 (fax)

**Counsel for Warner Chilcott Defendants**