IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CVS PHARMACY, INC.,<br>RITE AID CORPORATION,<br>RITE AID HDQTRS. CORP,<br>    Plaintiffs,<br><br>v.<br><br>WARNER CHILCOTT HOLDINGS CO. III, INC.,<br>WARNER CHILCOTT CORP., WARNER<br>CHILCOTT (US), INC., WARNER CHILCOTT CO.,<br>INC., and BARR PHARMACEUTICALS, INC.<br>    Defendants. | CIVIL ACTION<br>No. 06-00795-CKK<br><br>Judge Colleen Kollar-Kotelly<br><br><br>Magistrate Judge Alan Kay |

PLAINTIFF CVS PHARMACY, INC.'S
MOTION TO FILE APPENDIX UNDER SEAL

Pursuant to Local Rule 5.1(j) and the Protective Order entered in the above-captioned case, Plaintiff CVS Pharmacy, Inc. hereby respectfully moves this Court for an order to file under seal the Exhibits 1 through 5 to the Appendix to the Memorandum of CVS Pharmacy, Inc. in Further Opposition to Warner Chilcott's Motion to Compel Answers to Interrogatories and the Production of Documents. These exhibits contain "highly confidential" and "confidential" as defined by Paragraphs 1(a) and (b) of the Joint Proposed Protective Order Governing Discovery Material, dated June 12, 2006.

A copy of the Appendix with these highly confidential exhibits redacted will be filed publicly pursuant to the ECF filing system.

Dated: July 18, 2007                                   Respectfully submitted,

                                                                                        _s/ Robert D.W. Landon III_
                                                                                        Robert D.W. Landon III
                                                                                        KENNY NACHWALTER P.A.
                                                                                        1100 Miami Center
                                                                                        201 South Biscayne Boulevard
                                                                                        Miami, FL 33131
                                                                                        Telephone: (305) 373-1000
                                                                                        Facsimile: (305) 372-1861

OF COUNSEL:

Steve D. Shadowen
Monica L. Rebuck
HANGLEY ARONCHICK SEGAL & PUDLIN
30 North Third Street, Suite 700
Harrisburg, PA 17101-1713
Telephone: (717) 364-1030
Telecopy: (717) 364-1020

*Attorneys for Plaintiff CVS Pharmacy, Inc.*

                                                                                        SO ORDERED

Dated: _____          _____
                                                       Judge Alan Kay
                                                       United States Magistrate Judge

## **CERTIFICATE OF SERVICE**

I hereby certify that on July 18, 2007, I caused to be electronically filed Plaintiff CVS Pharmacy, Inc.'s Motion to File Appendix Under Seal (with the accompanying redacted Appendix) with the Clerk of Court via CM/ECF. Notice of this filing will be sent by email to all parties by operation of the Court's electronic filing system, and parties may access this filing through the Court's CM/ECF system. I further certify that on July 18, 2007, the Motion and accompanying unredacted Appendix was sent via overnight mail to the following:

> Annette C. Rizzi
> Simpson Thacher & Bartlett
> 425 Lexington Avenue
> New York, NY 10017-3954

>                                         /s/ Robert D.W. Landon III
>                                         Robert D.W. Landon III

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CVS PHARMACY, INC., <br> RITE AID CORPORATION, <br> RITE AID HDQTRS. CORP, <br>     Plaintiffs, <br><br> v. <br><br> WARNER CHILCOTT HOLDINGS CO. III, INC., <br> WARNER CHILCOTT CORP., WARNER <br> CHILCOTT (US), INC., WARNER CHILCOTT CO., <br> INC., and BARR PHARMACEUTICALS, INC. <br>     Defendants. | CIVIL ACTION <br> No. 06-00795-CKK <br><br> Judge Colleen Kollar-Kotelly <br><br><br> Magistrate Judge Alan Kay |

APPENDIX OF EXHIBITS TO MEMORANDUM
OF CVS PHARMARY, INC. IN FURTHER OPPOSITION
TO WARNER CHILCOTT'S MOTION TO COMPEL
<u>ANSWERS AND THE PRODUCTION OF DOCUMENTS</u>

## INDEX OF EXHIBITS

Exhibit 1    Albertson's Summary Dispensing Data (filed under seal)

Exhibit 2    Eckerd Summary Dispensing Data (filed under seal)

Exhibit 3    Kroger Summary Dispensing Data (filed under seal)

Exhibit 4    Rite Aid Summary Dispensing Data (filed under seal)

Exhibit 5    Safeway Summary Dispensing Data (filed under seal)

Exhibit 6    Declaration of Monica L. Rebuck

# Exhibit 1

# Filed Under Seal

# Exhibit 2

# Filed Under Seal

# Exhibit 3

# Filed Under Seal

# Exhibit 4

# Filed Under Seal

# Exhibit 5

# Filed Under Seal

# Exhibit 6

Case 1:06-cv-00795-CKK   Document 79   Filed 07/18/2007   Page 11 of 13

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CVS PHARMACY, INC., <br> RITE AID CORPORATION, <br> RITE AID HDQTRS. CORP, <br>   Plaintiffs, <br> <br> v. <br> <br> WARNER CHILCOTT HOLDINGS CO. III, INC., <br> WARNER CHILCOTT CORP., WARNER <br> CHILCOTT (US), INC., WARNER CHILCOTT CO., <br> INC., and BARR PHARMACEUTICALS, INC. <br>   Defendants. | : CIVIL ACTION <br> : No. 06-00795-CKK <br> : <br> : Judge Colleen Kollar-Kotelly <br> : <br> : <br> : Magistrate Judge Alan Kay <br> : <br> : <br> : <br> : |

## DECLARATION OF MONICA L. REBUCK

I, Monica L. Rebuck, declare the following based upon my own personal knowledge of the facts herein and information made known to me:

1. I am a shareholder in the law firm Hangley Aronchick Segal & Pudlin, counsel for Plaintiff CVS Pharmacy, Inc. ("CVS") in the above-captioned litigation.

2. I am submitting this declaration in support of the Memorandum of CVS Pharmacy, Inc. in Further Opposition to Warner Chilcott's Motion to Compel Answers to Interrogatories and the Production of Documents.

3. CVS currently operates approximately 6,200 stores in 38 states. In 2006, CVS stores dispensed more than 500 million prescriptions.

4.     CVS does not store dispensing data in a manner that is organized by drug. In order to obtain dispensing data for a particular drug, CVS would have to create a program to search the relevant files and extract the information. CVS would then have to extract confidential information from the data pull to ensure compliance with federal privacy laws.

I declare under the penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

_____
Monica L. Rebuck

Dated: July 18, 2007

2