IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CVS PHARMACY, INC., <br> RITE AID CORPORATION, <br> RITE AID HDQTRS. CORP, <br>               Plaintiffs, <br> v. <br> WARNER CHILCOTT HOLDINGS CO. III, INC., WARNER CHILCOTT CORP., WARNER CHILCOTT (US), INC., WARNER CHILCOTT CO., INC., and BARR PHARMACEUTICALS, INC. <br>               Defendants. | CIVIL ACTION <br> No. 06-00795-CKK <br><br> Judge Colleen Kollar-Kotelly <br><br> Magistrate Judge Alan Kay |

## NOTICE OF MANUAL FILING UNDER SEAL

PLEASE TAKE NOTICE that pursuant to Local Rule 5.1(j) and the Protective Order entered in the above-captioned case, the Appendix to the Memorandum of CVS Pharmacy, Inc. in Further Opposition to Warner Chilcott's Motion to Compel Answers to Interrogatories and the Production of Documents was manually filed with the Court under seal.

Dated: July 18, 2007

Respectfully submitted,

/s/ Robert D.W. Landon III
Robert D.W. Landon III
KENNY NACHWALTER P.A.
1100 Miami Center
201 South Biscayne Boulevard
Miami, FL 33131
Telephone: (305) 373-1000
Facsimile: (305) 372-1861

OF COUNSEL:

Steve D. Shadowen
Monica L. Rebuck
HANGLEY ARONCHICK SEGAL & PUDLIN
30 North Third Street, Suite 700
Harrisburg, PA 17101-1713
Telephone:  (717) 364-1030
Telecopy:   (717) 364-1020

*Attorneys for Plaintiff CVS Pharmacy, Inc.*