IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| WALGREEN CO. et al., | Civil Action No. 06-494 (CKK) |
| Plaintiffs, | |
| v. | |
| WARNER CHILCOTT HOLDINGS COMPANY III, LTD., et al., | |
| Defendants. | |
| CVS PHARMACY, INC. et al., | Civil Action No. 06-795 (CKK) |
| Plaintiffs, | |
| v. | |
| WARNER CHILCOTT HOLDINGS COMPANY III, LTD., et al., | |
| Defendants. | |

## NOTICE OF SERVICE OF EXPERT REPORTS

Please take notice that on July 20, 2007, pursuant to Fed. R. Civ. P. 26(a)(2) and the Court's most recent Scheduling Order, Plaintiffs in the above-captioned cases served the following rebuttal expert reports:

(1)   Rebuttal Expert Report of Keith Leffler

(2)   Rebuttal Expert Report of Neil Flanzraich

(3)   Rebuttal Expert Report of Richard J. Derman, M.D., M.P.H.

  (4)  Rebuttal Expert Report of Larry Karp, Ph.D.

Plaintiffs reserve the right to present testimony from any other expert who has been disclosed and has prepared an expert report in this coordinated litigation in order to avoid duplication of testimony, or as otherwise permitted by the Court.

                 Respectfully submitted,

Date: July 23, 2007          s/Scott E. Perwin
                  Robert D.W. Landon III
                  Richard Alan Arnold
                  Scott E. Perwin
                  Lauren C. Ravkind
                  KENNY NACHWALTER, P.A.
                  1100 Miami Center
                  201 South Biscayne Boulevard
                  Miami, FL 33131
                  (305) 373-1000
                  (305) 372-1861

                  Steve D. Shadowen
                  Monica L. Rebuck
                  HANGLEY ARONCHICK SEGAL & PUDLIN
                  30 North Third Street, Suite 700
                  Harrisburg, PA 17101-1713
                  (717) 364-1030
                  (717) 364-1020

                  *Counsel for Plaintiffs*

297537.1