# EXHIBIT A

# KIRKLAND & ELLIS LLP

AND AFFILIATED PARTNERSHIPS

655 Fifteenth Street, N.W.
Washington, D.C. 20005

Sosun Bae
To Call Writer Directly:
202 879-5931
sbae@kirkland.com

(202) 879-5000

www.kirkland.com

Facsimile:
(202) 879-5200

April 3, 2007

**Via E-Mail and Electronic Filing Service**

Monica Rebuck
30 North Third Street
Suite 700
Harrisburg, Pennsylvania  17101-1701

          Re:    *CVS Pharmacy, Inc., et al., v. Warner Chilcott Holdings Co. III, Ltd.,
                et al.*, Civ. Action No. 1:06-CV-00795-CKK

Dear Ms. Rebuck:

      I write to request production of the following relevant documents and information discussed during and/or requested at the October 19, 2006 deposition of David Vucurevich:

**Supply Agreement Between Rite Aid and McKesson**

      At Mr. Vucurevich's deposition, we requested that the supply agreement between Rite Aid and McKesson, as well as any business documents related to the supply of Ovcon 35 between Rite Aid and McKesson, be produced. (*See* Vecurevich Dep. Tr. at 46, lines 3-7.) Please produce these documents to us immediately.

**Model or Analysis of Balziva's Impact**

      Mr. Vucurevich testified that there might have been an analysis done of how quickly a generic version of Ovcon 35 (Balziva) would replace branded Ovcon 35. (*Id.* at 124, lines 1-15.) He said that Rite-Aid typically does that sort of analysis before making a purchasing decision, but that he was not sure if one had been done yet for Balziva. (*Id.*) If a model or analysis of the impact of Balziva on the sales of Ovcon 35 exists, please produce it to us immediately.

**Documents Reflecting Prices Charged to Customers for Ovcon**

      When asked what kind of documents Rite Aid had that reflects the price it charges its customers for Ovcon, Mr. Vucurevich testified that Rite Aid had sales data for particular prescriptions as well as a cash pricing system that it uses to maintain its retail pricing. (*Id.* at 164, lines 11-24.) Please produce sales data for Ovcon 35, Ovcon 35 Fe, Femcon, Balziva, and Zenchent immediately.

Chicago        Hong Kong        London        Los Angeles        Munich        New York        San Francisco

## KIRKLAND & ELLIS LLP

Scott E. Perwin
April 3, 2007
Page 2

### Rite Aid's Purchases of Ovcon 35 and Related Oral Contraceptives

Rite Aid has failed to produce *any* documents reflecting its purchases of Ovcon 35 although these documents are central to Rite Aid's claims. We ask that you immediately produce forecasts of supply of Ovcon 35 as well as all records of Rite Aid's purchases of Ovcon 35 for the period January 1, 2000 to the present, including, but not limited to, the quantity of Ovcon 35 ordered, the quantity of Ovcon 35 received, individual item pricing, the date on which the orders were placed, and any data reflecting discounts.

In addition, we request that you produce all records, documents, and information reflecting Rite Aid's purchase and sales information related to Ovcon 35 Chewable Fe, Femcon, Balziva, and Zenchent. This includes any agreements between Rite Aid and Barr for the purchase and supply of Balziva, and between Rite Aid and Watson for the purchase and supply of Zenchent. The purchase information related to generic versions of Ovcon should include any and all information related to chargebacks, rebates, or any other discounts received. Please also produce all forecasts of supply related to the above-mentioned drugs.

### Rite Aid's Joint Prosecution Agreement with the Federal Trade Commission

At Mr. Vecurevich's deposition, you refused to let Mr. Vecurevich answer questions about the nature of his conversations with the FTC regarding this litigation on the ground that you "consider there to be" a joint prosecution agreement with the FTC. (*Id.* at 178, lines 21-25; 179, lines 1-3.) You said you were not sure if there was a written agreement in place. (*Id.* at 179, lines 7-8.) To the extent that a written joint prosecution agreement exists, please produce it to us immediately.

\*\*\*\*\*

In producing any and all of the above information, I would like to remind you that Barr did not ask for responsive documents to be aggregated in any manner. All documents containing responsive information should be produced.

As you are no doubt aware, the time for discovery in this case is rapidly drawing to a close. Therefore, we request that you confirm, no later than the close of business on Friday, April 13, 2007, that Rite Aid will produce the requested documents, information, and data no later than Friday, April 20, 2007.

Sincerely,

*/s/ Sosun Bae*

Sosun Bae

cc:    Contact Attorneys via DealRoom