# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| CVS PHARMACY, INC., | : |
| RITE AID CORPORATION, | : CIVIL ACTION |
| RITE AID HDQTRS. CORP, | : No. 06-00795-CKK |
|    Plaintiffs, | : |
|  | : Judge Colleen Kollar-Kotelly |
| v. | : |
|  | : Magistrate Judge Alan Kay |
| WARNER CHILCOTT HOLDINGS CO. | : |
| III, INC., WARNER CHILCOTT CORP., | : |
| WARNER CHILCOTT (US), INC., | : |
| WARNER CHILCOTT CO., INC., and | : |
| BARR PHARMACEUTICALS, INC. | : |
|    Defendants. | : |

## **NOTICE**

Pursuant to the Court's September 6, 2007 Minute Order, I hereby notify the Court that I will be attending the September 7, 2007 Status Conference on behalf of the Plaintiffs in the above-referenced case.

                                                      s/ Monica L. Rebuck
                                                      Monica L. Rebuck