**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

|  |  |
|---|---|
| MEIJER, INC., *et al.*, )<br>)<br>Plaintiffs, )<br>v. )<br>)<br>WARNER CHILCOTT HOLDINGS COMPANY )<br>III, LTD., *et al.*, )<br>)<br>Defendants. ) | Civil Action No. 1:05-cv-2195-CKK |
| WALGREEN CO., *et al.*, )<br>)<br>Plaintiffs, )<br>v. )<br>)<br>WARNER CHILCOTT HOLDINGS COMPANY )<br>III, LTD., *et al.*, )<br>)<br>Defendants. ) | Civil Action No. 1:06-cv-494-CKK |
| CVS PHARMACY, INC., *et al.*, )<br>)<br>Plaintiffs, )<br>v. )<br>)<br>WARNER CHILCOTT HOLDINGS COMPANY )<br>III, LTD., *et al.*, )<br>)<br>Defendants. ) | Civil Action No. 1:06-cv-795-CKK |

**DIRECT PURCHASER PLAINTIFFS'
MOTION FOR PARTIAL SUMMARY JUDGMENT**

Plaintiffs in the *Meijer*, *Walgreen* and *CVS Pharmacy* cases, pursuant to Rule 56(a) of the Federal Rules of Civil Procedure, respectfully move for an order granting partial summary judgment in their favor and holding that Defendant Barr Pharmaceuticals, Inc. violated section 1 of the Sherman Act by entering into a *per se* unreasonable restraint of trade. Plaintiffs do not seek summary judgment on the issues of causation and damages, which will remain to be determined at trial. The grounds in support of Plaintiffs' motion are set forth in the accompanying Joint Memorandum of Points and Authorities in Support of Plaintiff States' Motion for Summary Judgment and Direct Purchaser Plaintiffs' Motion for Partial Summary Judgment.

Respectfully submitted,

| | |
|---|---|
| /s/ Scott E. Perwin | /s/ Linda P. Nussbaum (D.C. Bar No. 483254) |
| Scott E. Perwin | KAPLAN FOX & KILSHEIMER LLP |
| Lauren C. Ravkind | 805 Third Avenue, 22nd Floor |
| KENNY NACHWALTER P.A. | New York, New York 10022 |
| 1100 Miami Center | (212) 687-1980 |
| 201 South Biscayne Boulevard | (212) 687-7714 (fax) |
| Miami, Florida 33131 | |
| (305) 373-1000 | Eric L. Cramer |
| (305) 372-1861 (fax) | BERGER & MONTAGUE, P.C. |
| *Counsel for Walgreen Plaintiffs* | 1622 Locust Street |
| | Philadelphia, Pennsylvania 19103 |
| /s/ Steve D. Shadowen | (215) 875-3000 |
| Steve D. Shadowen | (215) 875-4604 (fax) |
| Monica L. Rebuck | |
| HANGLEY ARONCHICK SEGAL & PUDLIN P.A. | William Isaacson (D.C. Bar No.414788) |
| | Tanya Chutkan (D.C. Bar No. 420478) |
| 30 North Third Street, Suite 700 | BOIES, SCHILLER & FLEXNER LLP |
| Harrisburg, Pennsylvania 17101 | 5301 Wisconsin Avenue, N.W., Suite 800 |
| (717) 364-1010 | Washington, D.C. 20015 |
| (717) 364-1020 (fax) | (202) 237-2727 |
| *Counsel for Plaintiffs Rite Aid Corp. and Rite Aid Hdqtrs. Corp.* | (202) 237-6131 (fax) |

Richard B. Drubel (D.C. Bar No. 334359)
Kimberly H. Schultz
BOIES, SCHILLER & FLEXNER LLP
26 South Main Street
Hanover, NH 03755
(603) 643-9090
(603) 643-9010 (fax)

Bruce E. Gerstein
GARWIN GERSTEIN & FISHER LLP
1501 Broadway, Suite 1416
New York, New York 10011
(212) 398-0055
(212) 764-6620 (fax)

Dianne M. Nast
RODA NAST P.C.
801 Estelle Drive
Lancaster, Pennsylvania 17601
(717) 892-3000
(717) 892-1200 (fax)

David S. Nalven
HAGENS BERMAN SOBOL & SHAPIRO LLP
One Main Street, Fourth Floor
Cambridge, Massachusetts 02142
(617) 482-3700
(617) 482-3003 (fax)
*Executive Committee for the Direct Purchaser Class*

315042.1