**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| STATE OF COLORADO, *et al.*, )<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>WARNER CHILCOTT HOLDINGS COMPANY )<br>III, LTD., *et al.*, )<br>)<br>Defendants. )<br>) | Civil Action No. 1:05-cv-2182-CKK |
| MEIJER, INC., *et al.*, )<br>)<br>Plaintiffs, )<br>v. )<br>)<br>WARNER CHILCOTT HOLDINGS COMPANY )<br>III, LTD., *et al.*, )<br>)<br>Defendants. )<br>) | Civil Action No. 1:05-cv-2195-CKK |
| WALGREEN CO., *et al.*, )<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>WARNER CHILCOTT HOLDINGS COMPANY )<br>III, LTD., *et al.*, )<br>)<br>Defendants. )<br>) | Civil Action No. 1:06-cv-494-CKK |

| | |
|---|---|
| CVS PHARMACY, INC., *et al.*,  )<br>  )<br>  Plaintiffs,  )<br>  )<br>  v.  )<br>  )<br> WARNER CHILCOTT HOLDINGS COMPANY  )<br> III, LTD., *et al.*,  )<br>  )<br>  Defendants.  )<br>  )<br>_____  ) | Civil Action No. 1:06-cv-795-CKK |

### NOTICE OF MANUAL FILING UNDER SEAL

PLEASE TAKE NOTICE that pursuant to Local Rule 5.1(j) and the Protective Orders entered in the above-captioned cases, the Appendix of Exhibits in Support of Plaintiff States' Motion for Summary Judgment and Direct Purchaser Plaintiffs' Motion for Partial Summary Judgment has been manually filed with the Court under seal.

Respectfully submitted,

| | |
|---|---|
| /s/ Devin M. Laiho<br>Devin M. Laiho<br>Assistant Attorney General<br>Consumer Protection Section<br>State of Colorado<br>1525 Sherman Street, 5th Floor<br>Denver, Colorado 80203<br>Telephone: (303) 866-5079<br><br>Elinor R. Hoffmann<br>Margaret D. Martin<br>Assistant Attorneys General<br>Antitrust Bureau<br>New York State Office of the Attorney General<br>120 Broadway, 26th Floor<br>New York, New York 10271<br>Telephone: (212) 416-8288<br><br>*Lead Counsel for the Plaintiff States*<br><br>/s/ Scott E. Perwin<br>Scott E. Perwin<br>Lauren C. Ravkind<br>KENNY NACHWALTER P.A.<br>1100 Miami Center<br>201 South Biscayne Boulevard<br>Miami, Florida 33131<br>Telephone: (305) 373-1000<br><br>*Counsel for Walgreen Plaintiffs*<br><br>/s/ Steve D. Shadowen<br>Steve D. Shadowen<br>Monica L. Rebuck<br>HANGLEY ARONCHICK SEGAL<br>    & PUDLIN<br>30 North Third Street, Suite 700<br>Harrisburg, Pennsylvania 17101<br>Telephone: (717) 364-1010<br><br>*Counsel for Plaintiffs Rite Aid Corp. and Rite Aid Hdqtrs. Corp.* | /s/ Linda P. Nussbaum<br>Linda P. Nussbaum (D.C. Bar No. 483254)<br>KAPLAN FOX & KILSHEIMER LLP<br>805 Third Avenue, 22nd Floor<br>New York, New York 10022<br>Telephone: (212) 687-1980<br><br>William Isaacson (D.C. Bar No. 414788)<br>Tanya Chutkan (D.C. Bar No. 420478)<br>BOIES SCHILLER & FLEXNER LLP<br>5301 Wisconsin Avenue, N.W.<br>Suite 800<br>Washington, D.C. 20015<br>Telephone: (202) 237-2727<br><br>Richard B. Drubel (D.C. Bar No. 334359)<br>Kimberly H. Schultz<br>BOIES SCHILLER & FLEXNER LLP<br>26 South Main Street<br>Hanover, New Hampshire 03755<br>Telephone: (603) 643-9090<br><br>Daniel Berger<br>Eric L. Cramer<br>BERGER & MONTAGUE, P.C.<br>1622 Locust Street<br>Philadelphia, Pennsylvania 19103<br>Telephone: (215) 875-3000<br><br>Bruce E. Gerstein<br>Kevin S. Landau<br>GARWIN GERSTEIN & FISHER LLP<br>1501 Broadway, Suite 1416<br>New York, New York 10011<br>Telephone: (212) 398-0055<br><br>Dianne M. Nast<br>RODA NAST P.C.<br>801 Estelle Drive<br>Lancaster, PA 17601<br>Telephone: (717) 892-3000 |

Thomas M. Sobol
David S. Nalven
HAGENS BERMAN SOBOL
       & SHAPIRO LLP
One Main Street, 4th Floor
Cambridge, MA 02142
Telephone: (617) 482-3700

*Executive Committee for the Direct Purchaser Class*